**Zulema Karina PERDOMO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–74090.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 16, 2009.

Filed July 12, 2010.

Alan Hutchison, Reno, NV, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, Paul Fiorino, Senior Litigation Counsel, Katharine Clark, Esquire, Trial, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: D.W. NELSON, W. FLETCHER and PAEZ, Circuit Judges.

## ORDER

The Board of Immigration Appeals' Order in this matter is vacated, and the case is remanded for further consideration in light of our opinion in *Lesly Perdomo v. Holder,* 611 F.3d 662 (9th Cir.2010) filed concurrently this day.